# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR RENAZCO, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNISYS TECHNICAL SERVICES, L.L.C., a Limited Liability Company, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. **3:14-cv-04204-EMC**<br>(Class Action)<br><br>DENYING<br><br>**[~~PROPOSED~~] ORDER ~~GRANTING~~ PLAINTIFF'S REQUEST TO PARTICIPATE IN MOTION FOR REMAND HEARING BY TELEPHONE**<br><br>Judge:    Hon. Edward M. Chen |

[PROPOSED] ORDER

Case No.: 3:14-cv-04204-EMC

# [~~PROPOSED~~] ORDER

The Court has reviewed Plaintiff's Request for Counsel to Participate in Motion for Remand Hearing by Telephone.

~~Having considered the Request and good cause appearing, it is HEREBY ORDERED that the Request for Counsel to Participate in Motion for Remand Hearing by Telephone is GRANTED.~~

Plaintiff's request is DENIED.  Counsel is to appear in person.  The Court reserves the right to take the matter off calendar if no argument is necessary.

**IT IS SO ORDERED.**

DATED: November 4, _____, 2014

_____
HONORABLE Edward M. Chen
United States District Judge



DENIED
Judge Edward M. Chen